UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: TIMOTHY C. STANCEU, SENIOR JUDGE

| | | |
|---|---|---|
| ROBERT BOSCH LLC, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Court No. 20-00028 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

Upon consideration of plaintiff's consent motion to designate Court No. 20-00028 a test

case pursuant to U.S. Court of International Trade Rule 83(f), it is hereby:

**ORDERED** that Court No. 20-00028 is designated a test case; and it is further

**ORDERED** that *Robert Bosch LLC. v. United States,* Court No. 20-00030 is suspended

under test case 20-00028.

 

 

 

 

                          _/s/ Timothy C. Stanceu_
                                           Judge

Dated:  March 1, 2023
          New York, New York