

NEW YORK
WASHINGTON, DC
MILWAUKEE
LOS ANGELES
HONG KONG

DIRECT DIAL/EMAIL
JSpraragen@GDLSK.com

<u>Via CM/ECF</u>  April 15, 2024
Hon. Judge Timothy C. Stanceu
U.S. Court of International Trade
1 Federal Plaza
New York, NY 10278

Re: *Robert Bosch LLC v. United States*; Court No. 20-00028

Dear Judge Stanceu:

On behalf of the parties, we write to request that in lieu of a status conference on April 19, 2024, that the parties report to the Court by May 20, 2024, as to whether the parties have agreed to submit this case for judgment on motions or whether to request a trial date. The parties are currently in the process of conferring regarding the legal and factual issues presented in this case.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ,
SILVERMAN & KLESTADT LLP


/s/ Joseph M. Spraragen
Joseph M. Spraragen