## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **ROBERT BOSCH LLC**,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**UNITED STATES**,<br><br>　　　　　　　　　Defendant. | Before: Timothy C. Stanceu, Judge<br><br>Court No. 20-00028 |

### ORDER

Pursuant to the parties' request, filed on April 15, 2024, that in lieu of a status conference on April 19, 2024, they be permitted to inform the court by May 20, 2024 on whether they would move forward with the proceeding of this case under summary judgment motions or request for a trial, it is hereby

ORDERED that the request is granted; it is further

ORDERED that a status conference will not be held on April 19, 2024 and the Amended Scheduling Order issued on October 6, 2023 is amended accordingly; and it is further

ORDERED that the parties shall file a status report on or before May 20, 2024.

　　　　　　　　　　　　　　　　　　　　　　　  /s/ Timothy C. Stanceu  
　　　　　　　　　　　　　　　　　　　　　　　Timothy C. Stanceu, Judge

Dated: April 16, 2024  
　　　　New York, New York