UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: TIMOTHY C. STANCEU, SENIOR JUDGE

| | |
|---|---|
| ROBERT BOSCH LLC, | ) <br> ) <br> ) <br> ) |
| Plaintiff, | )    Court No. 20-00028 |
| v. | ) <br> ) <br> ) |
| UNITED STATES, | ) <br> ) |
| Defendant. | ) <br> ) |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1.    The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2.    The imported merchandise covered by the entries set forth on Schedule A, attached, consists of human machine interface controllers (HMIC), as set out in Schedule A, attached.

3.    The imported merchandise was classified by U.S. Customs and Border Protection as "Electrical machines and apparatus, having individual functions, not specified or included elsewhere in this chapter; parts thereof: Other machines and apparatus: Other: Other: Other," under subheading 8543.70.99 of the Harmonized Tariff Schedule of the United States (HTSUS), at a duty rate of 2.6% *ad valorem*.

4.      The stipulable imported merchandise is classifiable as "[O]ther apparatus for the transmission or reception of voice, images or other data, including apparatus for communication in a wired or wireless network (such as a local or wide area network), other than transmission or reception apparatus of heading 8443, 8525, 8527 or 8528: Other apparatus for transmission or reception of voice, images or other data, including apparatus for communication in a wired or wireless network (such as a local or wide area network): Machines for the reception, conversion and transmission or regeneration of voice, images or other data, including switching and routing apparatus," under subheading 8517.62.00, HTSUS, duty free.

5.      The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6.      Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7.      All other claims and non-stipulable merchandise and entries are abandoned.

*Bosch v. United States*, Court No. 20-00028, Stipulated Judgment on Agreed Statement of Facts

8.  Each party will bear its own costs and attorney's fees.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

By: /s/ Joseph M. Spraragen

Joseph M. Spraragen
GRUNFELD, DESIDERIO,
LEBOWITZ, SILVERMAN &
KLESTADT LLP
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel.: (212) 557-4000

Attorneys for Plaintiff

PATRICIA M. McCARTHY
Director

By: /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

By: /s/ Marcella Powell
MARCELLA POWELL
Senior Trial Counsel
International Trade Field Office
Civil Division Dept. of Justice,
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Room 346
New York, New York 10278
Tel.: (212) 264-9230 or 9237

Attorneys for Defendant

Dated: September 19, 2025
       New York, New York

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

_____
Judge Timothy C. Stanceu

Dated: September \_\_, 2025

## SCHEDULE A TO STIPULATED JUDGMENT

| | | | | |
|---|---|---|---|---|
| 20-00028 | 4196-19-100874 | UPS-6054430-2 | 1 | Module GM MY19 Color 7505400712-2G8 |
| 20-00028 | 4196-19-100874 | UPS-6023638-8 | 1<br>4 | Module GM MY19 Color 7505400712-2G8<br>Module F4.1 7505400449-2G8 |
| 20-00028 | 4196-19-100874 | UPS-6033479-5 | 3<br>4 | Module F4.1 7505400449-2G8<br>Module GM MY18 Color 7505400441-2G8 |
| 20-00028 | 4196-19-100874 | UPS-6015041-5 | 2<br>4 | Module GM MY19 Color 7505400712-2G8<br>Module GM MY18 Color 7505400441-2G8 |
| 20-00028 | 4196-19-100874 | UPS-5989747-1 | 1 | Module F4.1 7505400449-2G8 |
| 20-00028 | 4196-19-100874 | UPS-5989814-9 | 2 | Module F4.1 7505400449-2G8 |
| 20-00028 | 4196-19-100874 | UPS-5946394-4 | 3 | Module GM MY19 Color 7505400712-2G8 |
| 20-00028 | 4196-19-100874 | UPS-5967734-5 | 2 | Module GM MY19 Color 7505400712-2G8 |